942 A.2d 895

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Henry CLARK, Respondent.**

Supreme Court of Pennsylvania.

Feb. 27, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of February, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the trial court for reinstatement of the jury's verdict. *See Commonwealth v. Ratsamy,* 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.